```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 05096
    JOHN ESTOCK
                                                    CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-2458


---------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/22/07 and confirmed on 07/13/07.

    2.  The case was converted to Chapter 7 after confirmation, 11/30/2007.

    3.  The Debtor paid a total of $   3154.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------------
FRANKLIN CAPITAL CORP      SECURED VEHIC    21139.00          511.85         2539.19
CAPITAL ONE BANK           UNSECURED         5448.23             .00             .00
B REAL LLC                 UNSECURED         2476.73             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         6755.55             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         1988.48             .00             .00
AMOCO OIL CO               UNSECURED        NOT FILED            .00             .00
NATIONAL AMERICAN CREDIT   FILED LATE            .00             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          932.95             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         7288.67             .00             .00
PCA FEDERAL CU             UNSECURED         5146.41             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          685.56             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          657.57             .00             .00
WELLS FARGO FINANCIAL IN   UNSECURED         1690.81             .00             .00
ROUNDUP FUNDING LLC        UNSECURED         4049.06             .00             .00
WISCONSIN ELECTRIC POWER   UNSECURED        NOT FILED            .00             .00
FRANKLIN CAPITAL CORP      UNSECURED          468.52             .00             .00
B REAL LLC                 UNSECURED          989.10             .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED       PRIORITY      UNSECURED       OTHER           TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 21139.00           .00      38577.64           .00        59716.64
PRINCIPAL PAID      2539.19           .00           .00           .00         2539.19
INTEREST PAID        511.85           .00           .00           .00          511.85
TOTAL PAID          3051.04           .00           .00           .00         3051.04
The Debtor's attorney, JEFF WHITEHEAD                  , was allowed $    3000.00
and was paid $   1522.24  direct and $    2.89  through the plan.

The Trustee received $    100.07 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 05096 JOHN ESTOCK